# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00711-CV

**Raghunath Dass, P.E., Appellant**

**v.**

**Texas Board of Professional Engineers, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 419TH JUDICIAL DISTRICT NO. D-1-GN-12-003397, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Raghunath Dass, P.E. has informed this Court that he no longer wishes to pursue this appeal and has filed a motion to withdraw it. Appellant states that he has conferred with counsel for appellee Texas Board of Professional Engineers, and it does not oppose this motion. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Jeff Rose, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed on Appellant's Motion

Filed: December 18, 2013